IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

AMEL CARMELO SANCHEZ BENITEZ
ALBA NYDIA ROSA ORTIZ

CASE NO. 06-04243-SEK

DEBTORS

CHAPTER 13

## DEBTORS' MOTION REQUESTING VOLUNTARY DISMISSAL

TO THE HONORABLE COURT:

NOW COME, **AMEL CARMELO SANCHEZ BENITEZ and ALBA NYDIA ROSA ORTIZ,** debtors, through the undersigned attorney, and very respectfully state and pray as follows:

1. On October 31, 2006, the debtors filed for protection under Chapter 13 of the Bankruptcy Code, 11 USC §§1301, et seq., in the above captioned case.

2. The debtors respectfully submit to the Court that they wish to voluntarily dismiss their bankruptcy case, requesting the Court to Order a voluntary dismissal of the same. 11 U.S.C. §1307(b).

3. There has been no prior conversion and there have been no prior cases.

**WHEREFORE**, the debtors very respectfully request this Honorable Court grant the present motion and enter an Order dismissing the above captioned bankruptcy case.

**I CERTIFY** that on this same date a copy of the present motion was electronically filed with the Clerk of the Court using the CM/ECF system which will send notice of such filing to the Chapter 13 Trustee, Alejandro Oliveras Rivera, Esq., I also certify that a copy of this motion was sent via US Mail to the debtors Amel C. Sanchez Benitez and Alba N. Rosa Ortiz, Urb Jose Mercado U 98 C Calle W. Wilson Caguas PR 00725; and to all creditors appearing from the attached master address list.

Debtors' Motion Requesting Voluntary Dismissal
Case # 06-04243 SEK
Page -2-

RESPECTFULLY SUBMITTED, in San Juan, Puerto Rico, this 15th day of March, 2007.

/s/ROBERTO FIGUEROA CARRASQUILLO
ROBERTO FIGUEROA CARRASQUILLO
USDC 203614
ATTORNEY FOR PETITIONERS
PO BOX 193677
SAN JUAN PR 00919-3677
TEL 787-744-7699 FAX 787-746-5294
Email: rfigueroa@prtc.net

Certifico que he leido esta moción y que la misma ha sido redactada de acuerdo a mis instrucciones. En Caguas, Puerto Rico, hoy 15 de marzo de 2007.


AMEL C. SANCHEZ BENITEZ

ALBA N. ROSA ORTIZ

Label Matrix for local noticing
0104-3
Case 06-04243-SEK13
District of Puerto Rico
Old San Juan
Thu Mar 15 13:29:56 AST 2007

COOPACA
PO BOX 1056
ARECIBO, PR 00613

DORAL FINANCIAL CORP
C/O JUAN C. BIGAS LAW OFFICES
PO BOX 7011
PONCE, PR 00732

US Bankruptcy Court District of P.R.
U.S. Post Office and Courthouse Building
300 Recinto Sur Street, Room 109
San Juan, PR 00901

1st Collection Service
Pob 3564
Little Rock, AR 72203

American Honda Finance
3625 W Royal Ln Ste 200
Irving, TX 75063

Bank Of America
Po Box 1598
Norfolk, VA 23501

Capital One Bank
Po Box 85015
Richmond, VA 23285-5075

Capital One Bank
c/o Tsys Debt Management
PO Box 5155
Norcross, GA 30091

Cbusasears
Po Box 6189
Sioux Falls, SD 57117

Citibank ( South Dakota ) N.A.
DBA: SEARS
POB 182149
Columbus, OH 43218

Citibank (South Dakota). N.A.
DBA: THE HOME DEPOT
PO Box 9025
Des Moines, IA 50368

Citibank Usa
Po Box 6003
Hagerstown, MD 21747

Citifinancia
6010 Fairview Road Suite 105
Charlotte, NC 28210

Citifinancia
Po Box 499
Hanover, MD 21076

Citifinancial
Po Box 499
Hanover, MD 21076

Coop Arecibo
Box 1056
Arecibo, PR 00613

Cp Maestros
Pmb 70989 89 Ave De Diego Su
San Juan, PR 00927

Credit Company Of America
700 Lonwater Drive
Norwell, MA 02061

Credit Management
4200 International Pkwy
Carrollton, TX 75007

DORAL FINANCIAL CORP
PO BOX 71529
SAN JUAN, PR 00936-8629

Doral Bank
Doral Financial Pl 1451 Ave Roosevelt
San Juan, PR 00920

FDS Bank/Macy's
C/O Tsys Debt Mgmt., Inc.
PO Box 137
Columbus, GA 31902

FEDECOOP
PMB 709 89 AVE DE DIEGO STE 105
SAN JUAN PR 00927-6346

FIRST BANK
BANKRUPTCY DIVISION
PO BOX 9146
SAN JUAN PR 00908-0146

Firstbank Pr
Automobile Loans Po Box 9146
San Juan, PR 00908

GE Consumer Finance
For GE Money Bank
dba HOMEDSGN
PO Box 960061
Orlando FL 32896-066

Gecapital/sams Club
Po Box 981400
El Paso, TX 79998

Gemb/3day
Po Box 981439
El Paso, TX 79998-1439

Gemb/jc Penney Pr
Po Box 364788
San Juan, PR 00936

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 21126
PHILADELPHIA PA 19114-0326

Jcp/mccbg
Credit Card Bank Of Ga
Albuquerque, NM 87125

LVNV Funding LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Macysdsnb
911 Duke Blvd
Mason, OH 45040

(p)NEW CENTURY MORTGAGE CORPORATION
1610 E ST ANDREW PLACE
SUITE B150
SANTA ANA CA 92705-4931

PR ACQUISITIONS LLC
270 MUNOZ RIVERA 401
SAN JUAN PR 00918

Procollect Inc.
9550 Forest Lane #420
Dallas, TX 75243

Recovery Management Systems Corporation
For GE Money Bank
dba JCPENNEY PR
25 SE 2nd Ave Ste 1120
Miami FL 33131

Retailers National Bank/target
Mailstop 2bd
Minneapolis, MN 55440-9475

Sca/group Usa Inc
25 Enterprise Ave N
Secaucus, NJ 07094

Sca/peachdirect
1000 Macarthur Blvd
Mahwah, NJ 07430

Sears/cbsd
8725 W Sahara Ave
The Lakes, NV 89163

Sears/cbsd
Po Box 6189
Sioux Falls, SD 57117

Shoppers Charge Accounrt
P O Box 740933
Dallas, TX 75374

TOYOTA CREDIT DE PR
PO BOX 71410
SAN JUAN, PR 00936-8510

TOYOTA CREDIT DE PUERTO RICO
PO BOX 366251
SAN JUAN, PR 00396

Target National Bank (f.k.a. Retailers Natio
TARGET VISA
c/o Weinstein & Riley, P.S.
2101 Fourth Ave., Suite 900
Seattle, WA, 98121

Target Nb
Po Box 9475
Minneapolis, MN 55440

Tnb-visa
3701 Wayzata Blvd #2cf
Minneapolis, MN 55416

Verizon
Metro Office Park Piso 2
Guaynabo, PR 00966

Verizon Wireless
1 Verizon Pl
Alpharetta, GA 30004

Wells Fargo Financial Texas, Inc
4137 121st st
Urbandale, IA 50323

Wffinancial
1720 N Central Exp
Mc Kinney, TX 75070

ALBA NYDIA ROSA ORTIZ
URB JOSE MERCADO
CALLE W WILSON U98C
CAGUAS, PR 00725

ALEJANDRO (TR) OLIVERAS RIVERA
ALEJANDRO OLIVERAS, CHAPTER 13 TRUS
PO BOX 9024062
SAN JUAN, PR 00902-4062

AMEL CARMELO SANCHEZ BENITEZ
URB JOSE MERCADO
CALLE W WILSON U98C
CAGUAS, PR 00725

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 193677
SAN JUAN, PR 00919-3677

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service  
Mercantil Plaza Bldg, Ste 1014  
2 Ponce de Leon Ave  
San Juan, PR 00918

NEW CENTURY MORTGAGE CORP.  
1610 E ST. ANDREW PLACE  
SUITE B 150  
SANTA ANA, CA 92705

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)DORAL FINANCIAL CORP  
C/O JUAN C. BIGAS LAW OFFICES  
PO BOX 7011  
PONCE, PR 00732

End of Label Matrix  
Mailable recipients     57  
Bypassed recipients      1  
Total                   58