IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

AMEL CARMELO SANCHEZ BENITEZ

ALBA NYDIA ROSA ORTIZ

XXX-XX-9876

XXX-XX-0898

**Debtor(s)**

CASE NO. 06-04243 SEK

Chapter 13

FILED & ENTERED ON 03/16/2007

### ORDER DISMISSING CHAPTER 13 CASE

Debtors have asked for a voluntary dismissal of this case pursuant to 11 U.S.C. §1307 (b). The case has not been previously converted.

**WHEREFORE**, Debtor's request is granted and the case is hereby dismissed. The trustee is awarded costs in the sum of $100.00.

The Clerk will close all proceedings, vacate any hearing date and notify this Order.

San Juan, Puerto Rico, this 16 day of March, 2007.

*[signature]*

SARA E. DE JESUS KELLOGG
U.S. Bankruptcy Judge

c: ALL CREDITORS

DEBTOR (S)
ROBERTO FIGUEROA CARRASQUILLO
ALEJANDRO (TR) OLIVERAS RIVERA